UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF THE TREASURY,<br><br>　　　　Defendant. | Civil Action No. 22-2677 (APM) |

## JOINT STATUS REPORT

Pursuant to the Court's August 3, 2023, Minute Order, the parties respectfully submit this joint status report for this Freedom of Information Act case.

Defendant U.S. Department of the Treasury (the "Department") has advised that on September 15, 2023, it produced the final 108 pages of documents from its June 2023 production that were the subject of the consultation and submitter review process.

Plaintiff's counsel has advised that plaintiff challenges certain withholdings on specific pages, as set out in their August 3, 2023, and September 15, 2023, emails.

The Department has advised that it is drafting a *Vaughn* index to address the pages that plaintiff has challenged and that it will also consider whether to make discretionary releases. The Department has further advised that it anticipates completing this process by the end of October, 2023.

### Joint Position

The parties respectfully request that the Court order that the next status report be filed on or before November 6, 2023.

- 2 -

Dated:  September 21, 2023

|  |  |
|---|---|
|  | Respectfully submitted, |
| /s/ Matthew D. Hardin<br>Matthew D. Hardin, DC Bar # 1032711<br>Hardin Law Office<br>1725 I Street NW, Suite 300<br>Washington, DC 20006<br>(202) 802-1948<br>MatthewDHardin@gmail.com | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ Marsha W. Yee<br>MARSHA W. YEE |
| /s/ Christopher C. Horner<br>Christopher C. Horner<br>1725 I Street NW, Suite 300<br>Washington, DC 20006<br><br>*Counsel for the Plaintiff* | Assistant United States Attorney<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Telephone:  (202) 252-2539<br>Email:  Marsha.Yee@usdoj.gov<br><br>*Counsel for Defendant* |

- 2 -